IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| UNITED STATES OF AMERICA, | ORDER FOR RESTITUTION |
|---|---|
| Plaintiff, | |
| | 12-cr-020-wmc |
| v. | |
| AUGUST SCHOBER, | |
| Defendant. | |

---

On May 1, 2012, defendant was sentenced to a 12-month and 1 day term of imprisonment in case number 12-CR-20. At the time of the sentencing hearing, the underlying facts surrounding the amount of restitution were in dispute and a subsequent hearing set to consider the evidence. Since then, sufficient facts have been agreed upon by the parties to permit the court to determine the proper restitution amount without an additional hearing.

Accordingly, as to count one of the information, IT IS ORDERED that the defendant pay restitution in the amount of $1,073,613.03 to the Clerk of Court for the Western District of Wisconsin to be disbursed as indicated in Appendix A.

The court further finds that defendant does not have the economic resources to allow him to make full payment of restitution in the foreseeable future under any reasonable schedule of payments. Pursuant to 18 U.S.C. § 3664(f)(3)(B), he is to begin making nominal payments of a minimum of $250 each month, beginning within 30 days of defendant's release from custody.

Defendant shall notify the court and the Attorney General of any material change in defendant's economic circumstances that might affect defendant's ability to pay restitution.

No interest is to accrue on the unpaid portion of the restitution.

In all other respects, the judgment remains as entered on May 1, 2012.

Entered this 11th day of July, 2012.

BY THE COURT:

WILLIAM M. CONLEY
District Judge